IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:15-CV-88-BO

| | | |
|---|---|---|
| JOSHUA LEWIS WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM JAMES DOVE, in his individual | ) | |
| capacity; RENA MCMILLIAN, in her | ) | |
| individual capacity; ROBERT LEGGETT, in | ) | |
| his individual capacity; SHERIFF JIM | ) | |
| MCVICKER, in his official capacity as | ) | |
| Sheriff of Bladen County, North Carolina; | ) | |
| and WESTERN SURETY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on defendants' consent motion (D.E. 38) for extension of deadlines in the Scheduling Order (D.E. 22, amended at D.E. 25, 32). In its 14 November 2016 order (D.E. 32 ¶ 6), the court advised the parties that absent extraordinary circumstances, no further extensions of the deadlines would be permitted. Because the parties have not demonstrated extraordinary circumstances to justify the length of the extensions sought, the motion is ALLOWED in part and DENIED in part. The Scheduling Order is modified as follows:

1. All discovery shall be commenced in time to be completed by 15 August 2017.

2. Depositions of plaintiff's experts shall be completed by 30 June 2017 and depositions of defendants' experts shall be completed by 31 July 2017.

3. Any potentially dispositive motions shall be filed by 15 September 2017.

4. Mediation shall be completed by 15 August 2017.

5. Absent extradordinary circumstances, no further extensions will be permitted. All other deadlines in the existing Scheduling Order remain in effect.

SO ORDERED, this 20 day of April 2017.

James E. Gates
United States Magistrate Judge